In the Matter of Supplementary Proceedings: JACOB · RUPPERT, Judgment Creditor, Respondent, v. GRAMOLDS, INC., Judgment Debtor, and HUNTER PRINT-ING Co., INC., Judgment Creditor, Appellant, ANTON ZILG and Another, Copartners, Doing Business under the Firm Name and Style of ZILG & FRANZKE, Judgment Creditors, Appellants. BOUDIN, COHN & GLICKSTEIN, Assignee, Appellant.— Motion to dismiss appeal granted, unless appellants perfect appeal, file and serve record and brief and are ready for argument at the March Term of this court commencing March 11, 1940, in which event the motion is denied. Motion to appeal

on shortened record denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.